Clayton L. Everett
State Bar No. 24065212
NORRED LAW, PLLC
515 E. Border Street
Arlington, Texas 76010
Telephone: (817) 704-3984
clayton@norredlaw.com
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In re:<br>Mark Tilford<br><br>        Debtor, | Case No. 24-41773-mxm<br>Chapter 13 |

**MOTION FOR EXTENSION OF TIME TO FILE
CHAPTER 7 SCHEDULES AND OTHER REQUIRED DOCUMENTS**

Mark Tilford ("Debtor") files this *Motion for Extension of Time to File Chapter 13 Schedules and Other Required Documents* ("Motion").

1. On May 23, 2024, the Debtor filed a voluntary petition under chapter 13 of the Bankruptcy Code.

2. The Debtor's Chapter 13 Plan, Schedules A/B, C, G, H, I, and J, Declaration about Individual Debtor's Schedules (Form 106Dec), Statement of Financial Affairs, Summary of Assets and Liabilities and Statement of Current Monthly Income are due on June 6, 2024 ("Required Documents").

3. Debtor is requesting an additional fourteen days because the Debtor is a small business operator has not been able to gather all his financial documents necessary to complete his Required Documents. However, he believes if given an additional fourteen days he will have gathered the necessary documents to complete the Required documents. Debtor believes that this information

gathered and submitted to his attorney so that the Required Documents can be filed no later than Thursday, June 20, 2024.

4. The Debtor requests that this Court grant an extension of fourteen days, until June 20, 2024, to review, revise, and file the Required Documents under Rules 1007(c) and 3015 of the Federal Rules of Bankruptcy Procedure.

DATED: June 6, 2024.            Respectfully submitted:

By:    /s/ Clayton L. Everett
Clayton L. Everett | State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St.; Arlington, Texas 76010
Telephone: (817) 704-3984
Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2024, a true and correct copy of the foregoing document was served to all parties receiving notice electronically in this case via the CM/ECF system.

/s/ Clayton L. Everett
Clayton L. Everett