UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

In re:
Mark Tilford

Case No. 24-41773-mxm
Chapter 13

Debtor,

### ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE CHAPTER 13 SCHEDULES AND OTHER REQUIRED DOCUMENTS

The request for Motion for Extension of Time to File Chapter 7 Schedules and Other Required Documents filed by the Debtor is GRANTED. The Debtor shall file the Required Documents on or before June 20, 2024.

### End Of Order ###

Prepared by:

Clayton Everett, State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St., Arlington, Texas 76010
O: (817) 704-3984; F: (817) 524-6686
Attorney for Debtor